UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| PEDRO RODRIGUEZ,<br><br>　　　　　　Petitioner,<br><br>　　v.<br><br>WILLIAM GITTERE, *et al.*,<br><br>　　　　　　Respondents. | Case No. 3:23-cv-00031-MMD-CLB<br><br>ORDER |

In this capital habeas corpus action, on February 14, 2023, the Court entered a scheduling order (ECF No. 10), which, among other things, gave Petitioner Pedro Rodriguez 180 days—or until August 14, 2023 (August 13 is a Sunday)—to file a first amended petition for writ of habeas corpus.

On July 17, 2023, Rodriguez, who is represented by appointed counsel, filed a motion for extension of time (ECF No. 17 ("Motion")), requesting an extension of time to November 17, 2023, to file his amended petition. This would be the first extension of this deadline. It would be a 95-day extension of time (not a 98-day extension, as Rodriguez characterizes it). Rodriguez's counsel states that this extension of time is necessary because of the complexity of the case. Rodriguez's counsel represents that Respondents do not oppose the Motion.

The Court finds that the Motion is made in good faith and not solely for the purpose of delay, and that there is good cause for the extension of time requested. The Court will grant the Motion.

The Court does not, in this order, express any opinion regarding, and does not intend to affect in any way, the operation of any statute of limitation applicable in this case.

///

1    It is therefore ordered that Petitioner's Motion for Extension of Time (ECF No. 17) is granted. Petitioner will have until and including November 17, 2023, to file a first amended petition for writ of habeas corpus. In all other respects, the schedule for further proceedings set forth in the order entered February 14, 2023 (ECF No. 10) will remain in effect.

DATED THIS 18th Day of July 2023.

_____
MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE

2